U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 2 2017

TONY R. MOORE, CLERK
BY: _____ MB _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:16-cr-00021-01 |
| VERSUS | JUDGE DRELL |
| KEVIN DALCOURT | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Kevin Dalcourt, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count 2 of the indictment, consistent with the report and recommendation.

Alexandria, Louisiana, this 2nd day of May, 2017.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE